No. 14,869.

NEUHENGEN v. NEUHENGEN.
(125 P. [2d] 968)

Decided April 20, 1942.

Judgment affirmed in department without written opinion, Mr. Chief Justice Young, Mr. Justice Knous, Mr. Justice Burke and Mr. Justice Jackson participating.

Mr. LEWIS D. MOWRY, Mr. ROBERT A. THEOBALD, for plaintiff in error.

Mr. F. E. DICKERSON, Mr. G. O. BAKKE, Mr. CHARLES D. BROMLEY, Mr. EDWARD E. NEVANS, JR., for defendant in error.

No. 14,933.

ESTATE OF LARSON.
WARREN v. POUDRE VALLEY NATIONAL BANK ET AL.
(125 P. [2d] 968)

Decided April 20, 1942.

Judgment affirmed in department without written opinion, Mr. Chief Justice Young, Mr. Justice Knous, Mr. Justice Burke and Mr. Justice Jackson participating.

Mr. L. D. CUNNINGHAM, for plaintiff in error.

Mr. FRED W. STOVER, Mr. FANCHER SARCHET, Mr. JEROME SMITH, for defendants in error.